### 17757.    GRAVITT v. THE STATE.

BROYLES, C. J.   1.  "Every defendant has the right to be tried upon an
   indictment or accusation perfect in form and substance, but this right,
   like every other (even the right of trial itself), may be waived.  One
   who waives his right to be tried upon· an indictment perfect in form
   as well as substance, and takes his chances of acquittal, will not be
   heard, after conviction, to urge defects in the indictment, unless those
   defects are so great that the accusation is absolutely void."  *Lanier* v.
   *State*, 5 *Ga. App.* 472 (2) (63 S. E. 536).

2. Where an indictment upon which one has been convicted is so defective
   as to be absolutely void, a motion to set aside the judgment is not the
   appropriate remedy.  *McDonald* v. *State*, 126 *Ga.* 536 (55 S. E. 235).

3. Conceding (but not deciding) that the indictment in the instant case,
   charging the accused with an attempt to commit larceny of an auto-
   mobile, was void, for the reason that it failed to allege that the auto-
   mobile was of any value, the motion to set aside the judgment of con-
   viction was not the appropriate remedy, and the court properly denied
   the motion.

(*a*) The fact that the trial court gave another reason for denying the mo-
   tion is immaterial.  It is well settled by repeated rulings of the Supreme
   Court and of this court that where a judgment of the trial court, ex-
   cepted to, is, for any reason, correct, the judgment will be affirmed by
   the reviewing court, even if the reason given by the trial court for its
   judgment be an erroneous one.

*Judgment affirmed.  Luke, J., concurs.  Bloodworth, J., absent on account
   of illness.*

   DECIDED JANUARY 11, 1927.   REHEARING DENIED FEBRUARY 23, 1927.

   Attempt of larceny; from Fulton superior court—Judge How-
ard.   October 30, 1926.

   Application for certiorari was made to the Supreme Court.

   *V. M. Owenby, J. H. Smith, W. H. Terrell,* for plaintiff in error.

   *John A. Boykin, solicitor-general, J. W. LeCraw, J. H. Hudson,*
contra.

Criminal Law, 17 C. J. p. 203, n. 97.
   Indictment and Information, 31 C. J. p. 794, n. 89 New; p. 799, n. 99;
p. 871, n. 31.